UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA


v.                                      22-cr-44 Hon. Judge Mehta


ANTHONY CAROLLO

SENTENCING MEMORANDUM FOR ANTHONY CAROLLO


Counsel for Anthony Carollo in large part adopts the arguments she advocated in the Sentencing Memorandum for his brother, Jeremiah Carollo. Pursuant to 18 USC § 3553(a), the Court shall impose a sentence sufficient, but not greater than necessary, to reflect the seriousness of the offense; to promote respect for the law and to provide just punishment for the offense; to afford adequate deterrence; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational/vocational training, medical care, or other correctional treatment. For these reasons the defendant requests this Honorable Court to accept the Sentencing Recommendation of the United States Office of Probation and to impose a sentence of 12 months probation, a lump sum payment of $500.00 restitution within thirty days of sentence  and 50 hours of community service.

The government's suggested sentence is disproportionate to the sentences imposed on other similarly situated "minor" actors. It also overstates the culpability and criminality of the defendant. He was inside the

Capitol for16 minutes.  He did not assault any members of law enforcement. He did not destroy any property.

Anthony is twenty 23 years old. He recently returned to college at Webster University in St. Louis, Missouri to complete his education.   Since graduating from high school he has either been a fulltime student or he has been fully employed.  He has no criminal history.  He has been in compliance with Pretrial Services since his release.  He was interviewed by the FBI and has been cooperative with law enforcement.  He was cooperative with the Office of United States Probation.

As did his brother,  Anthony Carollo retained counsel although he was eligible for court appointed counsel. Like his cousin and brother he accepted full responsibility for his conduct.  He entered a guilty five weeks after the Government filed a Superseding Information and as soon as a plea agreement was extended.

Anthony has read history books, historic fiction and books on government.  He watched the House Select Committee Hearings on January 6th to educate himself about the events leading up to his entry into the Capitol on January 6th, 2021.  He has shown great responsibility and expressed his remorse about his conduct on that day. I attach a brief autobiography of this young man and a book report on one of the history books he read at the suggestion of counsel.

As Probation Officer Willet states in her recommendation to the Court " based upon Mr. Carollo's alleged conduct and his personal history and characteristics, there is   no perceived benefit to either the defendant or to society to be derived from an extensively punitive sentence."   A non-custodial sentence involving a short period of probation is a just sentence.

Anthony Carollo is not a delinquent. He has shown great responsibility throughout his young life. He has been an honor student. A boy scout. A musician. He received an Associate Degree in Arts from Joliet Junior College in 2019. As member of the Order of the Arrow, the Honor Society of the Boy Scouts, he volunteered in community projects to help the community and to protect the environment.

Since his arrest, he has been totally cooperative with the FBI, the Office of United States Probation and the Office of Pre-trial Supervision. He took it upon himself to seek an attorney whom he hoped would provide both legal counsel and provide suggested readings to help him to educate himself on American history and government and the genesis of current events.

He has taken the events of the last twenty months very seriously. He is a good candidate for a Sentence of Probation. We urge the Court to adopt the recommendation of the Office of United States Probation and to sentence Anthony Carollo to a brief period of Probation, with early payment of restitution and 50 hours of community service. We agree with Probation that he is not a threat to the community and therefore we also request the Court require minimum supervision, so as to not interfere with his return to college. We request probation supervision be transferred to the Office of U.S. Probation in St. Louis, Missouri.

Respectfully submitted,

_____/s/_____
H. Heather Shaner #273276
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210. hhsesq@aol.com