My name is Anthony Robert Carollo. I was born on October 21st, 1998, in Chicago, Illinois. I have lived in Lockport, Illinois all my life with my parents. Ever since middle school, I have performed as a clarinetist with each of my school's band. I even performed in the Lockport Wind Symphony for my junior year, where we travelled to Indianapolis to perform in front of student bands from across the country. When I graduated high school, I decided to attend Joliet Junior College, where I earned my Associate Degree in Arts in 2019. I was a member of the Honor Society and the Community Band at JJC. After graduating, I had decided to return to JJC in 2020 to earn my Certificate of Achievement for medical coding, which I received at the end of the same year. Since then, I am considering going back to school to become a sound engineer. I enjoy reading, video games, writing, and music. I was in the Cub Scouts and the Boy Scouts, where I earned the rank of Star Scout, which is the 3rd highest rank in the Boy Scouts of America. I was also a member of the Order of the Arrow; the honor society of the BSA. Many times, our scout troop would perform volunteer projects all around the southwest suburbs. Some of the services we've done include putting in a new parking lot at Shady Oaks Camp for People with Disabilities in Homer Glen and painting the outdoor worship area for All Saints Lutheran Church in Orland Park. Scouting has taught me the importance of personal responsibility, good deeds to people and the community, and appreciating and protecting nature.

Some of the important people in my life are my parents. My Mom and Dad have always been an incredible source of support and guidance throughout my life. My Brother Jeremiah and my Cousin Cody have also been very important in my life. My brother, technically my half-brother, is much older than me, and so has been a great source of knowledge for me. His insight and experience in life has helped me build my own understanding of life and the world. My cousin Cody has been a great source of support. Most of my family is either much older or younger than me, and with Cody being closer to my age, he is the family member whom I can relate to the most. The three of us always have incredible fun together and have made incredible memories together.

Some of the important events of my life are the times are my times volunteering in Kentucky. My church is a participant in the Appalachian Service Project, an organization dedicated to home building and repair for struggling families in the Appalachian Mountains. During the summer of my high school years, I traveled to Kentucky with our church's youths and adult leaders to spend a week helping build, repair, and improve homes. These trips were an unforgettable experience, whether it was through bonding with my teammates and the families we helped, experiencing the people and culture of the region, or simply being able to take part in such an amazing program. I volunteered 3 times to go this service trip, and each own was an extraordinary experience.

Another important event in my life was the Music For All National Festival in Indianapolis in 2016. During my junior year at Lockport Township High School, I was a member of the Lockport Wind Symphony, the most advanced band in the school's music program. We were selected to participate in the Music For All Nation Festival, an event where high school bands from across the country travel to Indianapolis to perform a setlist of material that they spend most of the year practicing. The opportunity to not just perform in front of dozens of other bands, but to watch them perform is an incredible combination of creativity, diligence, and passion all these musicians feel is immense. After spending months working on multiple pieces of music, to be able to perform at such a prestigious event is an awe-inspiring reward for all the hard work put into our material. It also was wonderful that there was not any competitiveness or trying to be the best; just an incredible coming together of students who love playing and performing music.