"American Character" by Colin Woodard is a book that seeks to analyze the history of individualism and collectivism within the United States, and how to balance the two beliefs in our country today.

Woodard begins the book proper with a historical aside on the Pilgrims first landing and settling in Massachusetts, followed by a criticism of Rush Limbaugh subscribing to the theory that, after struggling for 2 years under a system of communal ownership, the Pilgrims transition to private ownership of their property, both land and harvest, converted Plymouth into a thriving colony that acknowledged the right of individual men to provide for themselves and their families, and not the community as a whole. This theory is false, Woodward says, because the company that sponsored the colony, not the colonists themselves, was the official owner of the land. However, Woodard fails to address that the primary conflict that affected Plymouth was the Pilgrims resenting the redistribution of the crops they raised to the other members of the colony. Although the Pilgrims did have a grievance with their sponsor for taking a portion of their earnings as compensation for their investment, it was the frustration of the Pilgrims all receiving equal compensation for their labor, as there was no incentive for the more productive colonists when the reward to them would be the same as to the least productive. William Bradford, the colonial governor whom Woodard cites, admits that it was the privatization of the colony's land that encouraged the Pilgrims to work harder. Plymouth was able to overcome its previously tepid success by letting the people be personally responsible for only themselves and their families.

One thing that I give Woodard credit for is acknowledging that the root ideological paradigm in America is the Jeffersonian and Hamiltonian models of democracy. Jefferson, advocating a decentralized, individualistic republic that enshrined the rights of the people and states over the federal government, and Hamilton advocating a statist, centralized republic that empowered the federal government with central planning and banking. I appreciate Woodard for acknowledging this fact, even though he does proffer the notion of the partisan flip of Democrats and Republicans, which I do not believe is accurate.

What Woodard presents as a switching of platforms and constituencies between the two parties was more so Jeffersonian Democrats deserting to the Republicans after the Whigs, who had ingratiated themselves into the Democratic party around the time of the Civil War, brought the party towards a more statist, Hamiltonian model of government.

For the next section of the book, Woodard goes on to the describe the various subcultures of America and the way these geographic groups each developed a unique view on politics based on geography, economics, and demographics. This part of the book is interesting, since reading about how different regions in the country developed their popular ideological philosophy and the leaders they produced, is an engaging read.

From that, Woodward recounts the history of the American political landscape from the country's inception to the modern day, showing how national and local views of ideology evolved. This is somewhat interesting, but again Woodard reveals his personal bias, as he clearly leans towards the side of collectivism. For example, Woodard excoriates the "laisse-faire" period from 1887 to 1932 as a time where monopolies dominated the country, at the expense of the lower classes. He fails to mention that the figures he mentions, such as John D. Rockefeller and Andrew Carnegie, were some of the country's most famous philanthropists, funding the construction of schools, libraries, and other charitable causes. Furthermore, Woodard doesn't acknowledge the fact that by introducing regulations into the private market, startup companies who lack the means of abiding to said regulations fail, thereby insulating existing companies from any potential competition and thus ensuring they remain the primary producer in the market, provided they make all their lobbying payments.

Another argument I discount is where Woodard details how Hoover's meddling with the economy by insisting that financial leaders not cut wages and layoff employees after the Crash of 1929 deepened the recession; not making the connection that it was the government intervening that made the situation

2

worse. He also praises FDR's New Deal for combatting the Great Depression, when many economists contend that these reforms extended the Great Depression by up to 7 years, and it was only after WW2 when Congress pulled back several of these programs in the lates 1940s that the country recovered from the Depression. Another argument I disagree with, is where he blames the Housing Market Crash of 2007 on a deregulated market, while failing to mention that affordable housing mandates enacted during the Clinton administration, such as the Community Reinvestment Act, led to lower standards of mortgage lending which created the housing bubble.

Ultimately, I didn't think that Woodard really addressed this topic in an objective manner that would invite a reader to question what kind of balance between individualism and collectivism America should embrace. Aside from several matters I found misrepresented, the thing I take most issue with is Woodard's dismissal of Ayn Rand. Woodard shrugs off objectivism as a petty, egomaniacal, and amoral philosophy, which is a decidedly false interpretation. Objectivism advocates rational self-interest: the pursuit of achievement, fulfillment, and happiness, the idea that a person's well-being and happiness is the justification for their existence. This is in opposition to altruism, which Rand defined as serving others as the justification for existence; that sacrificing part of someone's personal fulfillment for the sake of others is necessary to be moral. Contrary to what Woodard says, objectivism is not amoral, but rather is moral to the point of extremity. One of Rand's teachings is that man, as a rational being, must respect other men as rational beings. She believed that moral human interaction is a trade between two individuals, completely voluntary and with their own rational self-interest in mind. Objectivism subscribes to the theory of nonaggression; that is evil to for a man or institution to use force against another. While I do not agree with Ayn Rand on every subject, the degree of slander that has been directed towards her and her philosophy is mind-boggling.  I believe Ayn Rand witnessed firsthand the misery and destruction wrought by the Bolsheviks and the rise of Communism, and that many people who sympathize with

3

collectivism discredit Ayn Rand because she can directly repudiate their philosophy with her own experiences.